UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MARSH,

       Plaintiff,                  Civil Action No. 21-cv-10348
                                            HON. BERNARD A. FRIEDMAN
vs.                                        MAG. ELIZABETH A. STAFFORD

JODIE ANDERSON, *et al.*

       Defendants.
_____/

## OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's report and recommendation dated February 17, 2022. (ECF No. 31). The report recommended that the Court deny defendant Jodie Anderson's motion for summary judgment. (ECF No. 11). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

This Court had an opportunity to fully review the matter and believes the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Elizabeth A. Stafford's February 17, 2022 report and recommendation (ECF No. 31) is accepted and adopted.

IT IS FURTHER ORDERED that defendant Jodie Anderson's motion for summary judgment (ECF No. 11) is denied.

Dated: March 11, 2022     s/Bernard A. Friedman
      Detroit, Michigan     BERNARD A. FRIEDMAN
                                    SENIOR UNITED STATES DISTRICT JUDGE