UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MARSH, #145861,

    Plaintiff,　　　　　　　　　　Civil Action No. 21-cv-10348
　　　　　　　　　　　　　　　　　　HON. BERNARD A. FRIEDMAN
vs.　　　　　　　　　　　　　　　　MAG. ELIZABETH A. STAFFORD

JODIE ANDERSON, *et al.*

    Defendants.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING CHRISTINE MYRAN'S AND BLUE STAR DOGS' MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, GRANTING JODIE ANDERSON'S MOTION FOR SUMMARY JUDGMENT, AND DENYING PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Before the Court is Magistrate Judge Elizabeth A. Stafford's December 20, 2022 report and recommendation. (ECF No. 65). The report recommended that the Court (1) grant defendant Christine Myran's and Blue Star Dogs' motion to dismiss the complaint, or in the alternative, for summary judgment (ECF No. 39), (2) grant defendant Jodie Anderson's motion for summary judgment (ECF No. 59), and (3) deny plaintiff David Marsh's motion for partial judgment on the pleadings. (ECF No. 54). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

This Court had an opportunity to fully review the matter and believes the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Elizabeth A. Stafford's December 20, 2022 report and recommendation (ECF No. 65) is accepted and adopted.

IT IS FURTHER ORDERED that Myran's and Blue Star Dogs' motion to dismiss the complaint, or in the alternative, for summary judgment (ECF No. 39) is granted.

IT IS FURTHER ORDERED that Anderson's motion for summary judgment (ECF No. 59) is granted.

IT IS FURTHER ORDERED that plaintiff's motion for partial judgment on the pleadings (ECF No. 54) is denied. No further claims remain pending in this matter.

Dated: January 13, 2023  
Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge